914 N.E.2d 489 (2009)
233 Ill.2d 598
PEOPLE State of Illinois, respondent,
v.
Ahmed A. YUSUF, petitioner.
No. 107674.
Supreme Court of Illinois.
September 30, 2009.
*490 In the exercise of this Court's supervisory authority, the Appellate Court, Fourth District, is directed to vacate its order in People v. Yusuf, case No. 4-08-0034 (11/19/08). The appellate court is instructed to reconsider its decision in light of People v. Glasper, case No. 103937, ___ Ill.2d ___, ___ Ill.Dec. ___, ___ N.E.2d ___, 2009 WL 1690305 (opinion filed 06/18/09), to determine if a different result is warranted.